Submitted on record and briefs December 19, 1991, affirmed February 12, reconsideration denied April 15, petition for review denied July 21, 1992
(313 Or 627)

## STATE OF OREGON,
### *Respondent,*
### *v.*
## LAURA ELLEN JAMES,
### *Appellant.*

(CF 89-138, CF 90-186 & CF 90-187;
CA A66254 (Control), A66255 & A66256)
(Cases Consolidated)

823 P2d 1048

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM